ARCHIBALD CAMPBELL *against* BENJAMIN COOPER.

ON CERTIORARI.

The authority of a person confessing a judgment for another must appear on the record.

---

*Woodruff* moved to reverse the judgment of the justice, because it had been entered upon the confession of the son of the defendant, and it did not appear that the son had any authority to confess judgment.

The transcript of the justice stated, "that the defendant appeared by his son, and confessed judgment, whereupon he gave judgment," &c.

BY THE COURT.   Take a reversal.